UNITED STATES DISTRICT COURT
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LARRY G. NELSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:09-cv-5357 |
| | ) | |
| v. | ) | Judge Elaine E. Bucklo |
| | ) | |
| DANNY SALGADO, NISSA J. TORRES and CITY OF CHICAGO, | ) ) ) | Magistrate Judge Sidney Schenkier |
| Defendants. | ) | |

**STIPULATION TO DISMISS PLAINTIFF'S MOTION FOR ADDITIONAL ATTORNEYS' FEES FOR TIME SPENT ON POST-TRIAL MATTERS INCLUDING, BUT NOT LIMITED TO, DEFENDING THE VERDICT FROM POST-TRIAL MOTIONS AND PREPARING AND DEFENDING THE ATTORNEY FEE PETITION, PLUS PRE-JUDGMENT INTEREST**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to an agreement of the parties and, therefore, Plaintiff's Motion for Additional Fees should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the Parties agreement, as set forth in the Agreed Order, and the Agreed Order for Payment of Plaintiff's Additional Attorneys' Fees and Dismissal of Plaintiff's Motion.

Irene K. Dymkar
Attorney for Plaintiff, Larry G. Nelson
Attorney at Law
300 West Adams, Suite 330
Chicago, Illinois 60606-5107
(312) 345-0123
Attorney No. 90785719
Dated: May 17, 2013

Respectfully submitted,
CITY OF CHICAGO
a Municipal Corporation

STEPHEN PATTON
Corporation Counsel
Attorney for City of Chicago

BY: _____
Thomas Platt
Deputy Corporation Counsel
30 N. LaSalle St., Suite 900
Chicago, Illinois 60602
(312) 742-0170
Attorney No. 06181260
Dated: MAY 22, 2013

_____
Anthony L. Schumann, Attorney for
Defendants,
Danny Salgado and Nissa J. Torres
Grant Schumann, LLC
230 West Monroe, Suite 240
Chicago, Illinois 60606
(312) 551-0111
Attorney No. 6189233
Dated: May 14, 2013